| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 006 | 41-2536 | M RIVERA | | 01-25 | 00025941 |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 64562 | 134 | W | 16 00 | 496 63 |
| 2 | Q 01 | 64562 | 134 | O | 1 96 | 91 26 |
| 2 | Q 01 | 64562 | 134 | N | 26 | 35 |
| 1 | Q 01 | 64562 | 134 | W | 40 00 | 1241 58 |
| 1 | Q 01 | 64562 | 134 | O | 7 44 | 346 40 |
| 1 | Q 01 | 64562 | 134 | N | 2 43 | 3 30 |
| | | | | L | 8 00 | 248 32 |
| INSURANCE INCOME | | | | | 2 93 | |
| FLSA | | | | | 47 44 | 22 |

EARNED A/L NEGATIVE
REVIEW W4 IN POSTALEASE

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 2428 06 | 2428 06 |
| FED TAX SO | 00 | 00 |
| ST TAX PA SO | 72 19 | 72 19 |
| RETIRE E | 87 41 | 87 41 |
| MEDICARE | 34 14 | 34 14 |
| UN L | 30 98 | 30 98 |
| ALOT | 15 05 | 15 05 |
| TSP08 | 158 92 | 158 92 |
| TSPLG | 81 00 | 81 00 |
| FDVD PRE | 21 22 | 21 22 |
| HP324SLF | 55 26 | 55 26 |
| SOSEC | 145 98 | 145 98 |

NET PAY   1725.91   NT BK

### LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 6.00 |
| AL PRIOR YR BAL | 0 90 |
| + AL EARNED YTD | 154 00 |
| + AL HOL EARNED YTD | 0 00 |
| - AL USED YTD | 160 90 |
| = EARNED AL BAL | -6 00 |
| + AL ADVANCED | 6 00 |
| = AVAIL AL BAL | 0 00 |
| AL USED THIS PP | 0 00 |
| SICK LEAVE(SL) CAT: | 4.00 |
| SL PRIOR YR BAL | 69 05 |
| + SL EARNED YTD | 100 00 |
| - SL USED YTD | 30 08 |
| = CURRENT SL BAL | 138 97 |
| SL USED THIS PP | 0 00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 16 00 |
| PP01 TO CURRENT PP | 16 00 |
| USPS RETIREMENT | 16996.29 |

PS FORM 1223-B, JUNE 1985   EARNINGS STATEMENT

---

POSTMASTER/MANAGER
129 E MAIN ST
EPHRATA PA 17522-9998

01-03-2025
00025941

LUIS M RIVERA
1925 READING AVE
READING PA  19609-2026

# USPS Employee Earnings Statement

## Employee Information

**Employee:**
LUIS M RIVERA

**Employee ID:**

**Finance Number:**
41-2536

**Pay Location:**
006

**Pay Period:**
26-2024

**Pay Date:**
12/20/24

**Inclusive Dates:**
11/30/24 - 12/13/24

## Net Pay:
$2,102.35

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 26-24 | 1 | Q | 01 | J | 134 | 64,562 | 052 | WORK HOURS | 40.00 | 1,241.58 |
| 26-24 | 1 | Q | 01 | J | 134 | 64,562 | 053 | OVERTIME HOURS | 3.80 | 176.92 |
| 26-24 | 1 | | | | | | | FLSA | | .00 |
| 26-24 | 2 | Q | 01 | J | 134 | 64,562 | 052 | WORK HOURS | 40.00 | 1,241.58 |
| 26-24 | 2 | Q | 01 | J | 134 | 64,562 | 053 | OVERTIME HOURS | 5.54 | 257.94 |
| 26-24 | 2 | Q | 01 | J | 134 | 64,562 | 054 | NIGHT WORK PREM HOURS | .46 | .63 |
| 26-24 | 2 | | | | | | | FLSA | | .03 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,918.68 |

Leave & Retirement Information

| Category: 6.00 | Annual Leave | |
|---|---|---|
| Leave Computation Date: 07/05/16 | | |
| AL Prior Year Balance | | .90 |
| AL Maximum Carryover | | 520.00 |
| AL Carried over from Prior Year | | .90 |
| + AL Earned YTD | | 144.00 |
| + AL Holiday Earned YTD | | .00 |
| - AL Used YTD | | 160.90 |
| = Earned Annual Leave Balance | | -16.00 |
| + AL Advanced YTD | | 16.00 |
| = Available AL Balance | | .00 |
| AL Used this Pay Period | | .00 |

| Category: 4.00 | Sick Leave | |
|---|---|---|
| SL Prior Year Balance | | 69.05 |
| + SL Earned YTD | | 96.00 |
| - SL Used YTD | | 30.08 |
| = Current SL Balance | | **134.97** |
| SL Used this Pay Period | | .00 |

| Other Leave | | |
|---|---|---|
| + Wounded Warrior Leave Advanced | | 104.00 |
| - Wounded Warrior leave used | | 63.47 |
| = Wounded Warrior Leave Balance | | 40.53 |

| Leave Without Pay (LWOP) | | |
|---|---|---|
| Pay Period LWOP | | .00 |
| Calendar LWOP YTD | | .35 |
| Leave Increment LWOP | | .35 |

| Retirement | | | |
|---|---|---|---|
| YTD: | 2,760.24 | Total: | 14,236.05 |

| FERS USPS Thrift Contributions | | | |
|---|---|---|---|
| PP 1%: | 24.83 | YTD USPS 1%: | 627.30 |
| PP Match: | 99.32 | YTD Matching: | 2,509.21 |

| Insurance Income | | | |
|---|---|---|---|
| Pay Period: | 2.93 | YTD: | 74.35 |

| Earnings Statement Messages |
|---|
| EARNED A/L NEGATIVE |

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| **Total Gross Pay:** | **$2,918.68** | **$78,002.76** |

## Deductions

| Description | Amount | |
|---|---|---|
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 109.26 | 2,760.24 |
| Social Security | 176.22 | see YTD below |
| Medicare | 41.21 | see YTD below |
| Federal Tax: S 00 | .00 | 6,408.70 |
| Health Plan Pre-tax: (Self only) 324 NALC Health Benefit Plan | 55.26 | 1,437.70 |
| State Income Tax: PA S 00 | 87.26 | 2,333.59 |
| FEDVIP Dental Pre Tax | 21.22 | 551.70 |
| Social Security (deducted on Ins Income) | .18 | 4,717.44 |
| Medicare (deducted on Ins Income) | .04 | 1,103.27 |
| TSP Loan: G | 81.00 | 2,106.00 |
| Thrift Savings Plan (TSP): 8% - (Regular) | 198.65 | 4,946.32 |
| Union Dues: L | 30.98 | 839.48 |
| Allotment | 15.05 | 361.20 |
| TSP Loan: G | .00 | 411.48 |
| **Total Current Pay Period Deductions:** | **816.33** | |
| **Total Adjustments Deductions:** | **.00** | |
| **Total Deductions:** | **$816.33** | **$27,977.12** |
| **Net Pay (Net To Bank):** | **$2,102.35** | **$50,025.64** |

## Adjustments

No adjustments for this pay period

## USPS Employee Earnings Statement

### Employee Information

**Employee:**
LUIS M RIVERA

**Employee ID:**

**Finance Number:**
41-2536

**Pay Location:**
006

**Pay Period:**
25-2024

**Pay Date:**
12/06/24

**Inclusive Dates:**
11/16/24 - 11/29/24

### Net Pay:

$2,463.28

### Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 25-24 | 1 | Q | 01 | J | 134 | 64,562 | 052 | WORK HOURS | 32.00 | 993.26 |
| 25-24 | 1 | Q | 01 | J | 134 | 64,562 | 053 | OVERTIME HOURS | 3.82 | 177.86 |
| 25-24 | 1 | Q | 01 | J | 134 | 64,562 | 054 | NIGHT WORK PREM HOURS | .53 | .72 |
| 25-24 | 1 | Q | 01 | J | 134 | 64,562 | 055 | ANNUAL LEAVE | 7.65 | 237.45 |
| 25-24 | 1 | Q | 01 | J | 134 | 64,562 | 059 | PARTIAL DAY LWOP HOURS | .35 | .00 |
| 25-24 | 2 | Q | 01 | J | 134 | 64,562 | 043 | PENALTY OVERTIME PAYMENT | 3.44 | 213.55 |
| 25-24 | 2 | Q | 01 | J | 134 | 64,562 | 052 | WORK HOURS | 26.51 | 822.85 |
| 25-24 | 2 | Q | 01 | J | 134 | 64,562 | 053 | OVERTIME HOURS | 9.77 | 454.88 |
| 25-24 | 2 | Q | 01 | J | 134 | 64,562 | 054 | NIGHT WORK PREM HOURS | 1.57 | 2.14 |
| 25-24 | 2 | Q | 01 | J | 134 | 64,562 | 058 | HOLIDAY LEAVE | 8.00 | 248.32 |
| 25-24 | 2 | Q | 01 | J | 134 | 64,562 | 061 | COURT LEAVE | 5.49 | 170.41 |
| | | | | | | | | **Total Hours Gross Pay:** | | 3,321.44 |

### Leave & Retirement Information

| **Category: 6.00** | **Annual Leave** |
|---|---|
| **Leave Computation Date: 07/05/16** ||
| AL Prior Year Balance | .90 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | .90 |

| | |
|---|---:|
| + AL Earned YTD | 138.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 160.90 |
| = Earned Annual Leave Balance | -22.00 |
| + AL Advanced YTD | 22.00 |
| = Available AL Balance | **.00** |
| AL Used this Pay Period | 7.65 |

| **Category: 4.00** | Sick Leave |
|---|---:|
| SL Prior Year Balance | 69.05 |
| + SL Earned YTD | 92.00 |
| - SL Used YTD | 30.08 |
| = Current SL Balance | **130.97** |
| SL Used this Pay Period | .00 |

| Other Leave | |
|---|---:|
| + Wounded Warrior Leave Advanced | 104.00 |
| - Wounded Warrior leave used | 63.47 |
| = Wounded Warrior Leave Balance | 40.53 |

| Leave Without Pay (LWOP) | |
|---|---:|
| Pay Period LWOP | .35 |
| Calendar LWOP YTD | .35 |
| Leave Increment LWOP | .35 |

| Retirement | | | |
|---|---:|---|---:|
| **YTD:** | 2,650.98 | **Total:** | 14,236.05 |

| FERS USPS Thrift Contributions | | | |
|---|---:|---|---:|
| **PP 1%:** | 24.72 | **YTD USPS 1%:** | 602.47 |
| **PP Match:** | 98.89 | **YTD Matching:** | 2,409.89 |

| Insurance Income | | | |
|---|---:|---|---:|
| **Pay Period:** | 2.93 | **YTD:** | 71.42 |

| Earnings Statement Messages |
|---|
| EARNED A/L NEGATIVE |

## Additional Pay & Other Compensation

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | .00 | .00 |
| **Total Gross Pay:** | $3,321.44 | $75,084.08 |

## Deductions

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 108.78 | 2,650.98 |
| Social Security | 201.19 | see YTD below |
| Medicare | 47.05 | see YTD below |
| Federal Tax: S 00 | .00 | 6,408.70 |
| Health Plan Pre-tax: (Self only) 324 NALC Health Benefit Plan | 55.26 | 1,382.44 |
| State Income Tax: PA S 00 | 99.62 | 2,246.33 |
| FEDVIP Dental Pre Tax | 21.22 | 530.48 |
| Social Security (deducted on Ins Income) | .18 | 4,541.04 |
| Medicare (deducted on Ins Income) | .05 | 1,062.02 |
| TSP Loan: G | 81.00 | 2,025.00 |
| Thrift Savings Plan (TSP): 8% - (Regular) | 197.78 | 4,747.67 |
| Union Dues: L | 30.98 | 808.50 |
| Allotment | 15.05 | 346.15 |
| TSP Loan: G | .00 | 411.48 |
| **Total Current Pay Period Deductions:** | 858.16 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $858.16 | $27,160.79 |
| **Net Pay (Net To Bank):** | $2,463.28 | $47,923.29 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

**Employee:**
LUIS M RIVERA
**Employee ID:**
**Finance Number:**
41-2536
**Pay Location:**
006
**Pay Period:**
24-2024
**Pay Date:**
11/22/24
**Inclusive Dates:**
11/02/24 - 11/15/24

### Net Pay:
$1,982.74

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 24-24 | 1 | Q | 01 | J | 134 | 64,562 | 052 | WORK HOURS | 37.62 | 1,167.70 |
| 24-24 | 1 | Q | 01 | J | 134 | 64,562 | 053 | OVERTIME HOURS | 1.85 | 86.13 |
| 24-24 | 1 | Q | 01 | J | 134 | 64,562 | 055 | ANNUAL LEAVE | 2.38 | 73.87 |
| 24-24 | 2 | Q | 01 | J | 134 | 64,562 | 043 | PENALTY OVERTIME PAYMENT | 1.68 | 104.29 |
| 24-24 | 2 | Q | 01 | J | 134 | 64,562 | 052 | WORK HOURS | 31.91 | 990.47 |
| 24-24 | 2 | Q | 01 | J | 134 | 64,562 | 053 | OVERTIME HOURS | 2.34 | 108.95 |
| 24-24 | 2 | Q | 01 | J | 134 | 64,562 | 054 | NIGHT WORK PREM HOURS | 1.60 | 2.18 |
| 24-24 | 2 | Q | 01 | J | 134 | 64,562 | 055 | ANNUAL LEAVE | .09 | 2.79 |
| 24-24 | 2 | Q | 01 | J | 134 | 64,562 | 058 | HOLIDAY LEAVE | 8.00 | 248.32 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,784.70 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave |
|---|---|
| **Leave Computation Date: 07/05/16** ||
| AL Prior Year Balance | .90 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | .90 |
| + AL Earned YTD | 132.00 |
| + AL Holiday Earned YTD | .00 |

| | |
|---|---:|
| - AL Used YTD | 153.25 |
| = Earned Annual Leave Balance | -20.35 |
| + AL Advanced YTD | 28.00 |
| = Available AL Balance | **7.65** |
| AL Used this Pay Period | 2.47 |

| | |
|---|---:|
| **Category: 4.00** | **Sick Leave** |
| SL Prior Year Balance | 69.05 |
| + SL Earned YTD | 88.00 |
| - SL Used YTD | 30.08 |
| = Current SL Balance | **126.97** |
| SL Used this Pay Period | .00 |

| | |
|---|---:|
| | **Other Leave** |
| + Wounded Warrior Leave Advanced | 104.00 |
| - Wounded Warrior leave used | 63.47 |
| = Wounded Warrior Leave Balance | 40.53 |

| | |
|---|---:|
| | **Leave Without Pay (LWOP)** |
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

| | | | |
|---|---:|---|---:|
| | | **Retirement** | |
| **YTD:** | 2,542.20 | **Total:** | 14,236.05 |

| | | | |
|---|---:|---|---:|
| | | **FERS USPS Thrift Contributions** | |
| **PP 1%:** | 24.83 | **YTD USPS 1%:** | 577.75 |
| **PP Match:** | 99.32 | **YTD Matching:** | 2,311.00 |

| | | | |
|---|---:|---|---:|
| | | **Insurance Income** | |
| **Pay Period:** | 2.93 | **YTD:** | 68.49 |

| |
|---|
| **Earnings Statement Messages** |
| EARNED A/L NEGATIVE |

## Additional Pay & Other Compensation

| Description | Amount | |
|---|---:|---:|
| | **Pay Period** | **YTD** |
| **Total Additional Pay / Other Compensation:** | .00 | .00 |
| **Total Adjustments Gross:** | .00 | .00 |
| **Total Gross Pay:** | $2,784.70 | $71,762.64 |

| Deductions | | |
|---|---|---|
| **Description** | **Amount** | |
| | **Pay Period** | **YTD** |
| Retirement: FERS - Ret-FICA Code E | 109.26 | 2,542.20 |
| Social Security | 167.91 | see YTD below |
| Medicare | 39.27 | see YTD below |
| Federal Tax: S 00 | .00 | 6,408.70 |
| Health Plan Pre-tax: (Self only) 324 NALC Health Benefit Plan | 55.26 | 1,327.18 |
| State Income Tax: PA S 00 | 83.14 | 2,146.71 |
| FEDVIP Dental Pre Tax | 21.22 | 509.26 |
| Social Security (deducted on Ins Income) | .18 | 4,339.67 |
| Medicare (deducted on Ins Income) | .04 | 1,014.92 |
| TSP Loan: G | 81.00 | 1,944.00 |
| Thrift Savings Plan (TSP): 8% - (Regular) | 198.65 | 4,549.89 |
| Union Dues: L | 30.98 | 777.52 |
| Allotment | 15.05 | 331.10 |
| TSP Loan: G | .00 | 411.48 |
| **Total Current Pay Period Deductions:** | 801.96 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | **$801.96** | **$26,302.63** |
| **Net Pay (Net To Bank):** | **$1,982.74** | **$45,460.01** |

| Adjustments |
|---|
| No adjustments for this pay period |