L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>LUIS MIGUEL RIVERA<br>     Debtor | Case No. 25-10875-pmm<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>     Movant | |
| vs.<br>LUIS MIGUEL RIVERA<br>     Respondent | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on June 17, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Motion and Motion for Relief from the Automatic Stay

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: June 17, 2025

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MICHAEL A. CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Debtor's Attorney
Via:  ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

SCOTT F. WATERMAN [Chapter 13],
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Bankruptcy Trustee
Via:  ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

US Trustee
Via:  ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

LUIS MIGUEL RIVERA
1925 READING AVENUE
READING, PA 19609
Debtor
Via:  ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other: