EXHIBIT A

| Debtor Name: | LUIS M RIVERA | | | | | | |
|---|---|---|---|---|---|---|---|
| BK Case Number: | 2510875 | | | | | | |
| Filing Date: | 03/04/25 | | | | | | |
| Post First Due: | 04/01/25 | | | Completed Date: | | 6/10/2025 | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | | RMMP POC is $1276.78 |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | Note- No payments received post BK filed date |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |
| | | | | $ - | $ - | | |