Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 25-10875-PMM**

Luis Miguel Rivera  
825 Hilliard Lane  
Davenport  FL    33837

Petition Filed Date: 03/04/2025  
341 Hearing Date: 04/01/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/01/2025 | $960.00 | 120607707 | 04/15/2025 | $960.00 | 120611221 | 04/29/2025 | $960.00 | 120617593 |
| 05/13/2025 | $960.00 | 120622149 | 06/02/2025 | $960.00 | 120629582 | 06/10/2025 | $133.00 | 120633851 |
| 06/24/2025 | $133.00 | 120639013 | 07/09/2025 | $133.00 | 120645810 | | | |

**Total Receipts for the Period: $5,199.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,199.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,375.00 | $0.00 | $4,375.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Crediors | $151.45 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $6.40 | $0.00 | $0.00 |
| 3 | NAVY FEDERAL CREDIT UNION<br>»»  002 | Unsecured Creditors | $1,545.28 | $0.00 | $0.00 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»»  003 | Unsecured Creditors | $5,920.20 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»»  004 | Unsecured Creditors | $1,266.35 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $1,165.59 | $0.00 | $0.00 |
| 7 | FREEDOM MORTGAGE CORPORATION<br>»»  006 | Secured Creditors | $97,223.49 | $0.00 | $0.00 |
| 8 | RAM RECEIVABLES LLC<br>»»  007 | Unsecured Creditors | $2,877.88 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10875-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,199.00 | Current Monthly Payment: | $266.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($561.00) |
| Paid to Trustee: | $285.96 | Total Plan Base: | $19,268.00 |
| Funds on Hand: | $4,913.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.