UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Luis Miguel Rivera<br><br><br>               Debtor | Chapter 13<br><br>Bankruptcy No. 25-10875-PMM |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.     Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.     The within case was commenced by the filing of a Chapter 13 petition on 03/04/2025.

3.     This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the above-captioned Debtor(s).

     WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 09/15/2025                                    Respectfully submitted,

                                                          */s/ Rolando Ramos, Esq.*
                                                          Rolando Ramos, Esq.
                                                          for
                                                          Scott F. Waterman, Esq.
                                                          Standing Chapter 13 Trusteee
                                                          2901 St. Lawrence Avenue, Suite 100
                                                          Reading, PA  19606
                                                          Telephone: (610) 779-1313