UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Luis Miguel Rivera<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 25-10875-PMM |

## CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 15th day of September, 2025 by first class mail upon those listed below:

Luis Miguel Rivera
825 Hilliard Lane
Davenport, FL  33837

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC


Office of the United States Trustee


                                                    */s/ Kristen Gliem*
                                                    Kristen Gliem
                                                    for
                                                    Scott F. Waterman, Esq.
                                                    Standing Chapter 13 Trustee