B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re LUIS MIGUEL RIVERA                    ,          Case No.   4-25-BK-10875

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| LVNV Funding LLC | NAVY FEDERAL CREDIT UNION |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    LVNV Funding LLC
    PO Box 10587
    Greenville SC 29603

Court Claim # (if known): ____3____
Amount of Claim:   5,920.20
Date Claim Filed:   4/21/2025

Phone:   (877) 264-5884

Last Four Digits of Acct #:   5498

Phone: _____

Last Four Digits of Acct. #:   5498

Name and Address where transferee payments should be sent (if different from above):

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603

Phone:   (877) 264-5884

Last Four Digits of Acct #:   5498

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lore'l Thompson                    Date:  9/26/2025
    Transferee/Transferee's Agent
    (877) 264-5884

    AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.