United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10875-pmm |
| Luis Miguel Rivera | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Luis Miguel Rivera, 825 Hilliard Lane, Davenport, FL 33837 |
| 14984134 | | Bilt Technologies, Inc, Attn: Bankruptcy, PO Box 9226, Old Bethpage, NY 11804-9226 |
| 14986995 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14984140 | | LoanCare Llc, Attn: Bankruptcy, PO Box 8068, VA 23452 |
| 14984144 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14984148 | + | Township of Spring, 2850 Windmill Road, Reading, PA 19608-1668 |
| 14984150 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14984135 | | Email/Text: EBN@brockandscott.com | Oct 24 2025 00:35:00 | Brock and Scott PLLC, 2011 Renaissance Blvd Ste 100, Kng of Prussa, PA 19406-2782 |
| 14984136 | | Email/Text: EBN@brockandscott.com | Oct 24 2025 00:35:00 | Brock and Scott PLLC, Attn: Bankruptcy, 2011 Renaissance Blvd Ste 100, Kng of Prussa, PA 19406-2782 |
| 14984133 | | Email/Text: taxclaim@countyofberks.com | Oct 24 2025 00:36:00 | Berks County Tax Claim Bureau, 633 Court St Fl 2, Reading, PA 19601-3552 |
| 14984137 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 00:45:46 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14986759 | + | Email/Text: EBN@brockandscott.com | Oct 24 2025 00:35:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14984138 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 24 2025 00:36:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15005561 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 24 2025 00:36:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 14986760 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 24 2025 00:36:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-7939 |
| 14984139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2025 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15056576 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 00:35:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14984141 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2025 00:36:00 | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 14984142 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 24 2025 00:36:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, |

Case 25-10875-pmm   Doc 46   Filed 10/25/25   Entered 10/26/25 00:38:21   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Merrifield, VA 22119-3000 |
| 14999622 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 24 2025 00:36:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15005542 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2025 00:45:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15005390 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2025 00:47:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14984145 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14985588 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14984146 | ^ | MEBN | Oct 24 2025 00:29:42 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15006690 | + | Email/Text: jpark001@bellsouth.net | Oct 24 2025 00:36:00 | RAM Receivables LLC, Agent of Huntington Debt Holdings, PO Box 25693, Memphis, TN 38125-8009 |
| 14984147 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 00:47:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14984149 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 24 2025 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14984151 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 00:34:35 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14984152 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Oct 24 2025 00:46:09 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14986997 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-7939 |
| 15056579 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15003886 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14984143 | *+ | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14999623 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025            Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:**

**Name**  **Email Address**

ANDREW L. SPIVACK
> on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

MARIO J. HANYON
> on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MICHAEL A. CIBIK
> on behalf of Debtor Luis Miguel Rivera help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
> ECFMail@ReadingCh13.com

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Luis Miguel Rivera<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−10875−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 23, 2025                                                                                          For The Court

                                                                                                                         Patricia M. Mayer<br>
                                                                                                                          Judge, United States Bankruptcy Court