UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Luis Miguel Rivera<br><br>                    Debtor | Chapter 13<br><br>Bankruptcy No. 25-10875-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 11th day of February, 2026 by first class mail upon those listed below:

Luis Miguel Rivera
825 Hilliard Lane
Davenport, FL  33837

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC


Office of the United States Trustee


                                                      */s/ Kristen Gliem*
                                                      Kristen Gliem
                                                      for
                                                      Scott F. Waterman, Esq.
                                                      Standing Chapter 13 Trustee