United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10875-pmm |
| Luis Miguel Rivera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Luis Miguel Rivera, 825 Hilliard Lane, Davenport, FL 33837 |
| 14984134 | | Bilt Technologies, Inc, Attn: Bankruptcy, PO Box 9226, Old Bethpage, NY 11804-9226 |
| 14986995 | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14984140 | | LoanCare Llc, Attn: Bankruptcy, PO Box 8068, VA 23452 |
| 14984144 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14984148 | + | Township of Spring, 2850 Windmill Road, Reading, PA 19608-1668 |
| 14984150 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 27 2026 01:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 27 2026 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 27 2026 01:58:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| 14984135 | | Email/Text: EBN@brockandscott.com | Mar 27 2026 01:58:00 | Brock and Scott PLLC, 2011 Renaissance Blvd Ste 100, Kng of Prussa, PA 19406-2782 |
| 14984136 | | Email/Text: EBN@brockandscott.com | Mar 27 2026 01:58:00 | Brock and Scott PLLC, Attn: Bankruptcy, 2011 Renaissance Blvd Ste 100, Kng of Prussa, PA 19406-2782 |
| 14984133 | | Email/Text: taxclaim@countyofberks.com | Mar 27 2026 01:58:00 | Berks County Tax Claim Bureau, 633 Court St Fl 2, Reading, PA 19601-3552 |
| 14984137 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2026 02:01:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14986759 | + | Email/Text: EBN@brockandscott.com | Mar 27 2026 01:58:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14984138 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 27 2026 01:58:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15005561 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 27 2026 01:58:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-8022 |
| 14986760 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 27 2026 01:58:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-8022 |
| 14984139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2026 01:59:00 | Internal Revenue Service, Centralized Insolvency |

District/off: 0313-4 | User: admin | Page 2 of 3

Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 33

| | | | | |
|---|---|---|---|---|
| | | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15056576 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 02:01:51 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14984141 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2026 01:59:00 | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 14984142 | | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 27 2026 01:59:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14999622 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 27 2026 01:59:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15005542 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2026 02:01:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15005390 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2026 02:01:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14984145 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2026 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14985588 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2026 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14984146 | ^ | MEBN | Mar 27 2026 01:54:30 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15006690 | + | Email/Text: jpark001@bellsouth.net | Mar 27 2026 01:59:00 | RAM Receivables LLC, Agent of Huntington Debt Holdings, PO Box 25693, Memphis, TN 38125-8009 |
| 14984147 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2026 02:01:47 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14984149 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 27 2026 01:59:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14984151 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2026 02:01:41 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14984152 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Mar 27 2026 02:01:41 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14986997 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-8022 |
| 15056579 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15003886 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14984143 | *+ | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14999623 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0313-4                          User: admin                              Page 3 of 3
Date Rcvd: Mar 26, 2026                       Form ID: pdf900                          Total Noticed: 33

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| MARIO J. HANYON | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | |
| | on behalf of Debtor Luis Miguel Rivera help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13

    Luis Miguel Rivera                          Bankruptcy No. 25-10875-PMM


               Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.


_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

**Date: March 26, 2026**