Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Luis Miguel Rivera
825 Hilliard Lane
Davenport, FL 33837

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-10875-PMM**

Petition Filed Date: 03/04/2025
341 Hearing Date: 04/01/2025
Confirmation Date: 10/23/2025

Case Status: Dismissed After Confirmation on 3/26/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2025 | $19.05 | 120672386 | | | | | | |

**Total Receipts for the Period: $19.05 Amount Refunded to Debtor Since Filing: $0.20 Total Receipts Since Filing: $5,218.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $151.45 | $151.45 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $6.40 | $0.00 | $6.40 |
| 3 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,545.28 | $48.91 | $1,496.37 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $5,920.20 | $187.40 | $5,732.80 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $1,266.35 | $40.08 | $1,226.27 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $1,165.59 | $36.90 | $1,128.69 |
| 7 | FREEDOM MORTGAGE CORPORATION<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | RAM RECEIVABLES LLC<br>»» 007 | Unsecured Creditors | $2,877.88 | $91.10 | $2,786.78 |
| 9 | TOWNSHIP OF SPRING | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 0 | Luis Miguel Rivera | Debtor Refunds | $0.20 | $0.20 | $0.00 |

**Chapter 13 Case No. 25-10875-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,218.05 | Current Monthly Payment: | $266.00 |
| Paid to Claims: | $4,931.04 | Arrearages: | $0.00 |
| Paid to Trustee: | $287.01 | Total Plan Base: | $19,268.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.